8915-0072/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

MICHAEL INNELLO,

                                        Plaintiff,

    -against-

CITY OF POUGHKEEPSIE,

                                    Defendant

-----------------------------------------------------------------------x

**STIPULATION OF
DISCONTINUANCE AND
DISMISSAL PURSUANT
TO RULE 41 (a)(1)**

16-CV-07101 (KMK)

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed and discontinued, with prejudice, without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

DATED:      Poughkeepsie, New York
              March 27, 2017

CIVIL SERVICE EMPLOYEES
ASSOCIATION, INC.

By: _____
Aaron D. Kaplan
*Attorneys for Plaintiff*
143 Washington Avenue
Albany, NY 12210
Tel. (518) 257-1443

McCABE & MACK LLP

By: _____
Daniel C. Stafford (0133)
*Attorneys for Defendant*
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
Tel. (845) 486-6800

                SO ORDERED:

                _____
                Hon. Kenneth M. Karas

Dated: White Plains, New York
      March 29_____, 2017